UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARLINGTON SCHOOL BOARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-1434 (RDA/LRV) |
| ) | |
| LINDA McMAHON, Secretary of the ) | |
| Department of Education, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FORTHCOMING RESPONSE TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants, through their undersigned counsel, hereby respectfully inform this Court that they are working on a response to Plaintiff's application for a temporary restraining order and/or preliminary injunction, and plan to file that response at some point tonight. In this respect, Defendants note that these applications were filed in the afternoon of Friday, August 29, 2025, on the eve of a holiday weekend. As such, many of the federal personnel needed to provide the necessary factual background relevant to providing a comprehensive response to this Court's review were unavailable until this morning. Defendants are working as expeditiously as possible to file such a response, but want to ensure the accuracy of any such response before submitting the same for this Court's review.

//

//

//

<table>
<tr><td>Dated: September 2, 2025</td><td colspan="2">Respectfully submitted,<br><br>ERIK S. SIEBERT<br>United States Attorney</td></tr>
<tr><td></td><td>By:</td><td>_____/s/_____<br>MATTHEW J. MEZGER<br>Assistant United States Attorney<br>Office of the United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:   (703) 299-3741<br>Fax:   (703) 299-3983<br>Email: matthew.mezger@usdoj.gov<br><br>CHAD MIZELLE<br>Acting Associate Attorney General<br><br>ABHISHEK KAMBLI<br>Deputy Associate Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>DIANE KELLEHER<br>Director<br>Civil Division, Federal Programs Branch<br><br>GARRY HARTLIEB<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-0568<br>E-mail:  Garry.Hartlieb2@usdoj.gov<br><br>*Counsel for Defendants*</td></tr>
</table>