**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| ARLINGTON SCHOOL BOARD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:25-cv-01434 (RDA/LRV) |
| v. | ) | |
| | ) | |
| LINDA McMAHON, in her official capacity | ) | |
| as Secretary of Education of the United | ) | |
| States, and the UNITED STATES | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF ARLINGTON SCHOOL BOARD'S NOTICE OF APPEAL**

Plaintiff Arlington School Board appeals to the United States Court of Appeals for the Fourth Circuit from the Court's order (Dkt. No. 28) denying Plaintiff's Emergency Motion for Preliminary Injunction and/or Temporary Restraining Order (Dkt. No. 2) and dismissing Plaintiff's Complaint (Dkt. No. 1) issued on September 5, 2025.

Dated:  September 10, 2025                    Respectfully submitted,

                                             /s/ *Timothy Heaphy*
                                             _____

                                             Timothy Heaphy
                                             WILLKIE FARR & GALLAGHER LLP
                                             1875 K Street Northwest
                                             Washington, District of Columbia 20006-1238
                                             Tel:  (202) 303-1000
                                             theaphy@willkie.com
                                             Virginia State Bar I.D. Number:  68912

                                             Joshua Mitchell (admitted *pro hac vice*)
                                             WILLKIE FARR & GALLAGHER LLP
                                             1875 K Street Northwest
                                             Washington, District of Columbia 20006-1238
                                             Tel:  (202) 303-1000
                                             jmitchell@willkie.com
                                             District of Columbia Bar I.D. Number:  1012854

                                             Breanna Smith-Bonsu (admitted *pro hac vice*)
                                             WILLKIE FARR & GALLAGHER LLP
                                             300 North LaSalle Drive
                                             Chicago, Illinois 60654-3406
                                             Tel:  (312) 728-9000
                                             bsmith-bonsu@willkie.com
                                             Illinois State Bar I.D. Number:  6330468

                                             *Attorneys for Arlington School Board*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| ARLINGTON SCHOOL BOARD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:25-cv-01434 |
| v. | ) | |
| | ) | |
| LINDA McMAHON, in her official capacity | ) | |
| as Secretary of Education of the United | ) | |
| States, and the UNITED STATES | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| *Defendants.* | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 10th day of September, 2025, I electronically filed a true and correct copy of the foregoing memorandum and accompanying documents with the Clerk of Court using the CM/ECF system. A copy of the foregoing will be sent to the following parties:

Matthew J. Mezger
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
Matthew.mezger@usdoj.gov

Abhishek Kambli
United States Department of Justice
950 Pennsylvania Avenue Northwest
Washington, D.C. 20530-0001
(202) 445-5496
Abhishek.kambli@usdoj.gov

Garry D. Hartlieb
United States Attorney's Office – Norfolk
101 West Main Street
Suite 8000
Norfolk, Virginia 23510
(757) 441-6331 Garry.hartlieb@usdoj.gov

*Counsel for the U.S. Department of
Education and Secretary Of Education
Linda McMahon*

/s/ *Timothy Heaphy*

Timothy Heaphy
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel:  (202) 303-1068
theaphy@willkie.com
Virginia State Bar I.D. Number:  68912

Joshua Mitchell (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street Northwest
Washington, District of Columbia 20006-1238
Tel:  (202) 303-1000
jmitchell@willkie.com
District of Columbia Bar I.D. Number:  1012854

Breanna Smith-Bonsu (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654-3406
Tel:  (312) 728-9000
bsmith-bonsu@willkie.com
Illinois State Bar I.D. Number:  6330468

*Attorneys for Arlington School Board*